# United States Court of Appeals

## For the Eighth Circuit

_____

No. 12-1952

_____

Adam Piaquadio

*Plaintiff - Appellee*

v.

American Legal Funding, LLC; Alfund AZ1, LLC

*Defendants - Appellants*

M.B.T. Associate, Inc.; Law Funder, LLC; Global Financial Credit, LLC

*Defendant*s

_____

Appeal from United States District Court
for the Western District of Arkansas - Ft. Smith

_____

Submitted: June 4, 2013
Filed: June 11, 2013
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

American Legal Funding, LLC, and Alfund AZ1, LLC, appeal from the order of the District Court[1] denying their motion to set aside the default judgment entered against them. After careful review of the record, we conclude that the District Court did not abuse its discretion in denying the motion. See Feeney v. AT&E, Inc., 472 F.3d 560, 563–64 (8th Cir. 2006) (holding that the district court did not abuse its discretion in denying a motion to set aside a default judgment, notwithstanding the district court's "truncated" analysis, and noting that the most important factor in the analysis is the "reason for delay"). We also grant Adam Piaquadio's motion to strike the portions of appellants' reply brief that raise arguments not raised in their opening brief. See Federal Trade Comm'n v. Neiswonger, 580 F.3d 769, 775 (8th Cir. 2009).

We affirm.

_____

---

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.